# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAWRENCE J. WALKER, JR. | : |
|    Plaintiff | : |
| v | :  Civil Action No. DKC-06-2981 |
| PRINCE GEORGES COUNTY GOV. | : |
|    Defendant | : |

o0o

## MEMORANDUM

The above-captioned civil rights Complaint, filed on November 13, 2006, together with a Motion to Proceed In Forma Pauperis, concerns allegations that federal and state governmental officials have obstructed justice in a pending civil rights case filed in 2002. Because he appears to be indigent, Plaintiff's motion to proceed in forma pauperis shall be granted. For the reasons that follow, the Complaint will be dismissed.

Under the provisions of 28 U.S.C. § 1915(e)(2) a case "shall be dismissed at any time if the court determines that– (A) the allegation of poverty is untrue; or (B) the action or appeal– (i)is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." The instant case fails to state a claim on which relief may be granted.

Plaintiff is a party in a case pending before the undersigned. *See Walker v. Dean, et al.*, Civil Action No. DKC-02-1300 (D. Md. 2002). The instant Complaint alleges that resolution of that case has been unduly delayed and seeks $200 million dollars in damages from federal and state officials. Paper No. 1 at p. 4. He claims rules of the court are being violated and he has been deprived of his due process rights. *Id*. In essence, Plaintiff seeks to institute an independent cause of action because he is dissatisfied with the progress of his previously-filed case. To the extent that Plaintiff is

dissatisfied with the outcome of the pending case he may file an appeal at the appropriate time; however, there is no cognizable independent cause of action under the Civil Rights Act that may be raised concerning his dissatisfaction with the progress or outcome of his pending lawsuit.

Plaintiff is reminded that under 28 U.S.C. §1915(g) he will not be granted *in forma pauperis* status if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury". The instant case will be the first filed by Plaintiff that has been dismissed under this standard.  By separate Order which follows, the Complaint will be dismissed.


__November 29, 2006__  	_____/s/_____
Date	DEBORAH K. CHASANOW
	United States District Judge